■ NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Respondent, v NATIONAL FUEL GAS DISTRIBUTION CORPORATION et al., Appellants.—Order unanimously affirmed, with costs. We find no abuse of discretion by Special Term in denying defendants' motion, and affirm for the reasons stated in the opinion of Marshall, J. (Appeal from order of Erie Supreme Court— preliminary injunction.) Present—Simons, J. P., Schnepp, Doerr and Moule, JJ.

■ In the Matter of JAMES LA POINT, Individually and on Behalf of His Dependent Child, Petitioner, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Determination unanimously confirmed, without costs (see Matter of Gyder v Blum, 68 AD2d 714, mot for lv to app den 48 NY2d 606). (Article 78 proceeding transferred by order of Onondaga Supreme Court.) Present—Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.